*E-Filed 11/22/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALPHONSO VALDEZ HARRISON, | No. C 09-6052 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| A. P. KANE, et al., | |
| Defendants. | |

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983. Defendants' motion for an extension of time to file a dispositive motion (Docket No. 20) is GRANTED. Defendants shall file such motion within 60 days from the date of this order. In such motion, or in a separate motion filed before or contemporaneously with the dispositive motion, defendants shall address plaintiff's motion to amend his complaint by submitting documentation regarding his medical condition.

**IT IS SO ORDERED**.

DATED: November 22, 2010

RICHARD SEEBORG
United States District Judge